**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Arista Records LLC, a Delaware limited liability company; Sony BMG Music Entertainment, a Delaware general partnership; Interscope Records, a California general partnership; Elektra Entertainment Group Inc., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation, | 6:07-cv-00486-CWH |
| Plaintiffs, | |
| vs. | |
| Kisha Sloan, | **ORDER** |
| Defendant. | |

On Feberuary 20, 2007, the plaintiffs brought this action against the defendant for copyright infringement. The plaintiffs allege that the defendant downloaded and distributed recordings in violation of 17 U.S.C. §101 *et seq*. On March 21, 2007, the defendant wrote a letter to the plaintiffs stating that she thought her actions were not illegal because she paid a Kazaa membership fee. The defendant also stated that she did not have money to hire an attorney.

On December 14, 2007, the plaintiffs moved for summary judgment. The plaintiffs principally rely on their requests for admission, to which the defendant allegedly failed to respond. Pursuant to Rule 36(a) of the Federal Rules of Civil procedure, admissions are deemed to have been admitted unless the party to whom admissions are directed serves upon the party requesting the admissions a written answer or objection.

Federal courts are charged with liberally construing pleadings filed by a *pro se* litigant to

allow the development of a potentially meritorious case. Cruz v. Beto, 405 U.S. 319, 328 (1972). Based upon the defendant's letter, the court is of the opinion that the issues raised in this action are best disposed of at trial rather than summarily.

    **AND IT IS SO ORDERED.**

                                                    **C. WESTON HOUCK**
                                                    **UNITED STATES DISTRICT JUDGE**

January 9, 2008
Charleston, South Carolina